[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-11140
Non-Argument Calendar
_____

D.C. Docket No. 8:05-cr-00044-SCB-AEP-6


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

STEVEN R. HARDY,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(August 27, 2012)

Before BARKETT, PRYOR and FAY, Circuit Judges.

PER CURIAM:

Tracy N. DaCruz, appointed counsel for Steven Hardy in this appeal of the

denial of an 18 U.S.C. § 3582(c)(2) motion, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the denial of Hardy's § 3582(c)(2) motion is **AFFIRMED**.